**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division**

Carlton Knowles
                            Plaintiff,

v.                                                     Case No.: 1:19−cv−01868
                                                           Honorable Gary Feinerman

Chicago Guest House, LLC
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 13, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff's motion to continue the status hearing [14] is granted.The status hearing set for 6/20/2019 [12] is stricken and re−set for 7/16/2019 at 9:00 a.m. Motion hearing set for 6/17/2019 [13] is stricken. The court has twice cautioned Plaintiff regarding the requirements of Civil Rule 4(m). On the court's own motion, the time for Plaintiff to comply with Civil Rule 4(m) is extended to 7/8/2019. If Plaintiff does not by that date take any of the actions contemplated by Civil Rule 4(m), this case will be dismissed without prejudice.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.